# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Amit B. Patel

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Amit B. Patel was duly admitted to practice in said Court on (12/03/2012) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/02/2020 )

                                        Thomas G. Bruton , Clerk,

                                        By:  Alma Marrero
                                               Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ALMA MARRERO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
June 2, 2020